# Court of Appeals
# of the State of Georgia

ATLANTA,  October 29, 2013

*The Court of Appeals hereby passes the following order:*

## A14A0351. GARY JOHNSON v. TOMIKO JOHNSON.

Gary Johnson filed a petition against his ex-wife to modify the child support, custody, and visitation provisions that were established in the parties' 2012 divorce decree. The trial court dismissed the petition, and Gary Johnson filed a direct appeal in this Court. The Supreme Court, however, has appellate jurisdiction over "[a]ll divorce and alimony cases." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6). In Georgia, when the obligation to pay child support arises from a prior divorce proceeding, child support is a form of alimony. Jurisdiction over actions to modify a divorce decree's child support provisions, therefore, lies in the Supreme Court. See *Spurlock v. Dept. of Human Resources*, 286 Ga. 512, 513 (1) (690 SE2d 378) (2010); *Jones v. Jones*, 280 Ga. 712, 715-716 (2) (632 SE2d 121) (2006). Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta, 10/29/2013
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*